1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11
JAIME VINICIO ORTIZ DONIS,

Case No. 1:25-CV-01228 JLT SAB

12
Petitioner,

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

13
v.

(Doc. 1)

14
CHRISTOPHER CHESTNUT, ET AL.,

15
Respondents.

16
**I.      INTRODUCTION**

17
        Jaime Vinicio Ortiz Donis is a former immigration detainee with a pending habeas

18
petition. (Doc. 1.) On October 9, 2025, the Court issued an order finding that Petitioner is likely

19
to succeed on the merits of his habeas claim that his re-detention violated his rights under the

20
Due Process Clause of the Fifth Amendment. (*See* Doc. 14 at 5–22.)[1] "Based upon the parties'

21
waiving their right to file further briefs, the Court [took] the merits of the habeas petition under

22
submission." (*Id*. at 22.) The parties have not submitted any new brief, document, or argument

23
since the Court's PI order.

24
        Thus, for the reasons stated in the Court's order granting a preliminary injunction, the

25
Court finds that Petitioner's re-detention violated the Due Process Clause of the Fifth

26
Amendment. (*See* Doc. 14 at 5–22.) Accordingly, the petition for writ of habeas corpus, (Doc.

27

28
[1] Upon the agreement of the parties, the Court converted Petitioner's motion for a temporary restraining order into one for a preliminary injunction. (Doc. 14 at 1 n.1.)

1), is **GRANTED**.

Respondents are **PERMANENTLY ENJOINED AND RESTRAINED** from re-arresting or re-detaining Mr. Ortiz absent compliance with constitutional protections, which include at a minimum, pre-deprivation notice of at least seven days before a pre-deprivation hearing at which the government will bear the burden of demonstrating by clear and convincing evidence that he is likely to flee or pose a danger to the community if not arrested.[2]

The Clerk of Court is directed to close this case and enter judgment for Petitioner.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

[2] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here, **SHALL** be provided within seven days of the arrest.